**Opinion issued February 5, 2015.**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-14-00971-CV

———————————

## IN RE TOMASA SILVA-SIMMONS, Relator

———————————————————————

## Original Proceeding on Petition for Writ of Mandamus

———————————————————————

### MEMORANDUM OPINION

Relator, Tomasa Silva-Simmons, has filed a petition for a writ of mandamus, challenging trial court orders compelling responses to discovery requests. [1]

We deny the petition. We deny real party in interest Lawrence K. Simmons II's motion to dismiss the petition, and dismiss as moot all other pending motions.

---

[1]     The underlying case is *In the Interest of C.I.S., L.T.S., M.I.S., A.J.E.S., and M.A.S, Minors*, No. 2013-59367, in the 311th District Court of Harris County, Texas, the Honorable Alicia K. Franklin presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.